Before the Third Division, October 29, 1942.

No. 47692.—Protest 812959–G/85428 of Chee Wo Tong Co. (Chicago).

Opinion by Cline, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), certain

of the drugs were held entitled to free entry under paragraph 1669, as claimed, and others held dutiable at 10 percent under paragraph 34 as drugs advanced in value or condition.